IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACTION FUND,
NORTHERN WISCONSIN CARPENTERS
APPRENTICESHIP & JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS, and
CONTRACT ADMINISTRATION FUND,

        Plaintiffs,

vs.                                                          Case No. 08-cv-261

TOM & CAROL'S BULL PEN, LLC and
CAROL BALLWEG,

        Defendants.

---

## ENTRY OF DEFAULT

Plaintiffs request that the Clerk of Court enter default against defendants Tom & Carol's Bull Pen, LLC and Carol Ballweg, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants Tom & Carol's Bull Pen, LLC and Carol Ballweg is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 17th day of February, 2009.

                                                                                       Peter Oppeneer, Clerk of Court