UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS, and CONTRACT ADMINISTRATION FUND,

        Plaintiffs,

                          Case No. 08-CV-261

vs.

TOM & CAROL'S BULL PEN LLC and
CAROL BALLWEG,

        Defendants.

---

ORDER FOR JUDGMENT
AGAINST DEFENDANT CAROL BALLWEG

---

A request and application for default judgment against Defendant Carol Ballweg brought by the Plaintiff Northern Wisconsin Regional Council of Carpenters Vacation Fund in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

    1.    Defendant Carol Ballweg has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Carol Ballweg violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Northern Wisconsin Regional Council of Carpenters Vacation Fund.

3. The court assesses the total damages in favor of the plaintiff Northern Wisconsin Regional Council of Carpenters Vacation Fund and against the Defendant Carol Ballweg in the sum of $713.34 for contributions for the audited period September 1, 2007 through November 30, 2007 as well as attorney's fees and costs incurred in their prosecution of this matter.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiff, Northern Wisconsin Regional Council of Carpenters Vacation Fund, and against Defendant Carol Ballweg in the amount of $713.34 together with interest at the rate allowed by law.

Dated this 25th day of February, 2009.

BY THE COURT

_Barbara B. Crabb_
U. S. District Court Judge