UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS, and CONTRACT ADMINISTRATION FUND,

        Plaintiffs,

                              Case No. 08-CV-261

    vs.

TOM & CAROL'S BULL PEN LLC and
CAROL BALLWEG,

        Defendants.

---

## ENTRY OF JUDGMENT AGAINST DEFENDANT CAROL BALLWEG
## ON THE DECISION BY THE COURT

---

This action having come on for hearing before the Court, and the issues having

been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Northern Wisconsin

Regional Council of Carpenters Vacation Fund recover from Defendant Carol Ballweg

the sum of $713.34 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 25TH day of February, 2009.

**Peter Oppeneer**

Clerk of Court

_L. Jensen_

Deputy Clerk

Approved as to form this 25ᵗʰ day of February, 2009.

_Barbara B. Crabb_

U. S. District Court Judge