UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS, and CONTRACT ADMINISTRATION FUND,

        Plaintiffs,

                                     Case No. 08-CV-261

vs.

TOM & CAROL'S BULL PEN LLC and
CAROL BALLWEG,

        Defendants.

ORDER FOR JUDGMENT
AGAINST DEFENDANT TOM & CAROL'S BULL PEN LLC

    A request and application for default judgment against Defendant Tom & Carol's Bull Pen LLC brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

    The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

    1.    Defendant Tom & Carol's Bull Pen LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.  Tom & Carol's Bull Pen LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3.  The court assesses the total damages in favor of the Plaintiffs and against the Defendant Tom & Carol's Bull Pen LLC in the sum of $8,793.98 for contributions, interest and liquidated damages for the audited period September 1, 2007 through November 30, 2007 as well as attorney's fees and costs incurred in their prosecution of this matter.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Brian Gentry, North Central States Regional Council of Carpenters and Contract Administration Fund, and against Defendant Tom & Carol's Bull Pen LLC in the amount of $8,793.98 together with interest at the rate allowed by law.

Dated this 25th day of February, 2009.

BY THE COURT

Barbara B. Crabb
U. S. District Court Judge