UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

**WISCONSIN CARPENTERS PENSION FUND,**
**WISCONSIN CARPENTERS HEALTH FUND,**
**NORTHERN WISCONSIN REGIONAL COUNCIL**
**OF CARPENTERS VACATION FUND,**
**NORTHERN WISCONSIN CARPENTERS APPRENTICESHIP &**
**JOURNEYMAN TRAINING FUND,**
**LABOR MANAGEMENT COOPERATION TRUST FUND,**
**and BRIAN GENTRY,**

**NORTH CENTRAL STATES REGIONAL COUNCIL**
**OF CARPENTERS, and CONTRACT ADMINISTRATION FUND,**

        Plaintiffs,

                                  Case No. 08-CV-261

vs.

**TOM & CAROL'S BULL PEN LLC and**
**CAROL BALLWEG,**

        Defendants.

---

**ENTRY OF JUDGMENT AGAINST DEFENDANT TOM & CAROL'S BULL PEN LLC**
**ON THE DECISION BY THE COURT**

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Brian Gentry,

North Central States Regional Council of Carpenters and Contract Administration Fund recover from Defendant Tom & Carol's Bull Pen LLC the sum of $8,793.98 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 25th day of February, 2009.

                                **Peter Oppeneer**
                                Clerk of Court

                                L. Jensen
                                Deputy Clerk

Approved as to form this 25th day of February, 2009.

Barbara B. Crabb
U. S. District Court Judge